# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

DINA A. DICENZO,

    Respondent

      v.

ANDREW D. HEARY,

    Petitioner

: No. 57 WAL 2016
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of June, 2016, the Petition for Allowance of Appeal is **DENIED**.